IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

    v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 07-02126 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on July 27, 2007 on Defendant's motion to dismiss. The Court HEREBY ORDERS that Plaintiffs' opposition to this motion shall be due by Friday, June 8, 2007 and Defendants' reply, if any, shall be due by Friday, June 15, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 24, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE