IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 07-02126 JSW

**ORDER (1) GRANTING STIPULATION, AND (2) SETTING BRIEFING SCHEDULE**

The Court HEREBY GRANTS the parties' stipulation to continue the hearing on Defendant's motion to dismiss from July 27, 2007 to August 10, 2007 at 9:00a.m. The Court FURTHER ORDERS that Plaintiffs' opposition to this motion shall be due by Monday, July 9, 2007 and Defendant's reply, if any, shall be due by Monday, July 16, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 25, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE