UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH AND JOSEPH E. LEMUS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Defendant. | Case No. C 07-02126 JSW<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to stipulation between the parties and good cause appearing therefore:

IT IS HEREBY ORDERED,

1.　The last day for the parties to complete initial disclosures and file a Joint Case Management Conference Statement is August 30, 2007; and

2.　The initial Case Management Conference is continued to September 7, 2007, at 1:30 p.m. in Courtroom 2.

Dated: _July 23, 2007_　　　　　　　　　　／s／ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　HONORABLE JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

PGE\smith\pldg\prop-order-cont-cmc.doc

1