LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

STEPHEN L. SCHIRLE (State Bar No. 96085)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile: (415) 973-5520

Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

DAN SIEGEL, SBN 56400
TANYA RUSSELL, SBN 139730
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
WILLIAM A. SMITH and JOSE E. LEMUS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH AND JOSEPH E. LEMUS,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. C07-02126 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE AN EARLY NEUTRAL EVALUATION** |

1

STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION
Case No. C07-02126 JSW

Plaintiffs William A. Smith and Jose E. Lemus ("plaintiffs") and defendant Pacific Gas & Electric Company, Inc. ("defendant" or "PG&E") (collectively referred to as the "parties") through their respective counsel hereby stipulate as follows:

(1) WHEREAS this case was referred to an Early Neutral Evaluation ("ENE") on September 14, 2007.

(2) WHEREAS an ENE session was to be completed by November 30, 2007;

(3) WHEREAS the ENE has been delayed due to discovery issues;

(4) WHEREAS the parties agree to continue the due date to complete the ENE for 60 days;

NOW THEREFORE, the parties stipulate as follows:

The time within which to complete the ENE is extended by 60 days or up to and including January 30, 2008.

DATED: November 15, 2007                LAFAYETTE & KUMAGAI LLP

/s/ Susan T. Kumagai
SUSAN T. KUMAGAI
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

DATED: November 15, 2007                SIEGEL & YEE

/s/ Tanya Russell
TANYA RUSSELL
Attorney for Plaintiffs
WILLIAM SMITH and JOSE LEMUS

2

[PROPOSED] ORDER

Pursuant to the Stipulation above, the deadline for completion of the ADR session in the above-captioned matter is hereby extended to January 30, 2008.

IT IS SO ORDERED.

Dated: November 19, 2007

Hon. Jeffrey S. White
United States District Court for the Northern District of California

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on November 30, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Susan T. Kumagai
SUSAN T. KUMAGAI

pge\smith\pldg\stip-cont-ene.doc

3

STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION
Case No. C07-02126 JSW