IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant.<br>_____/ | No. C 07-02126 JSW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute as reflected in the letters filed on April 9 and 14, 2008 and Plaintiffs' administrative motion and for resolution of all discovery matters.  The parties will be advised of the date, time and place of appearance, if any, by notice from the assigned magistrate judge.  The Court authorizes the assigned magistrate judge to extend the non-expert discovery deadline if he or she finds that further discovery responses are warranted.  The extension of the discovery deadline shall be for the sole purpose of conducting discovery found to be warranted by the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: April 17, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom