UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS, ) ) )   Plaintiff(s), ) ) v. ) ) PACIFIC GAS AND ELECTRIC COMPANY, ) ) )   Defendant(s). ) ) | No. C07-2126 JSW (BZ) **ORDER SCHEDULING TELEPHONIC CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding disputes is scheduled for **Thursday, April 24, 2008 at 4:00 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: April 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH V. PG&E\TEL.CONF ORDER 1.wpd

1