UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS, <br><br> Plaintiff(s), <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant(s). | No. C07-2126 JSW (BZ) <br><br> **ORDER TO MEET AND CONFER** |

Having read the parties' recent letters and substantial portions of the record of their meet and confer sessions, **IT IS HEREBY ORDERED** that the parties shall appear in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 on **Monday, May 12, 2008 at 1:30 p.m.** and be prepared to meet and confer in the presence of the court or its staff to make one last effort to resolve the disputes with the court's guidance.

Dated: May 7, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH V. PG&E\MEET AND CONFER ORD.wpd

1