**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS, | |
|     Plaintiffs, | No. C 07-02126 JSW |
|   v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER SETTING BRIEFING SCHEDULE** |
|     Defendant. | |

This matter is set for a hearing on June 20, 2008, on Plaintiffs' motion to file a supplemental complaint. The Court HEREBY ORDERS that Defendant's opposition to this motion shall be due by Thursday, May 22, 2008 and Plaintiffs' reply, if any, shall be due by Thursday, May 29, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 8, 2008

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE