UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS, <br><br> Plaintiff(s), <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant(s). | No. C07-2126 JSW (BZ) <br><br> **BRIEFING ORDER** |

Having received plaintiffs' motion to compel discovery noticed for hearing on July 2, 2008, **IT IS HEREBY ORDERED** that:

1. Defendant's opposition shall be filed by **May 23, 2008**; and

2. Plaintiffs' reply, if any, shall be filed by **May 30, 2008.**

Dated: May 12, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH V. PG&E\BRIEFING ORDER.wpd

1