UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS, <br><br> Plaintiff(s), <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant(s). | No. C07-2126 JSW (BZ) <br><br> **THIRD DISCOVERY ORDER** |

Following a meet and confer session in my courtroom on May 13, 2008, defendant is **ORDERED** to review and revise if necessary its privilege log. Defendant is **FURTHER ORDERED** to lodge a copy of the privilege log, as well as any documents it contends are privileged, for an in camera review by **Tuesday, May 20, 2008.** The court will then determine whether privilege was properly invoked.

Dated: May 14, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH V. PG&E\DISC3ORD.wpd

1