UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM A. SMITH and JOSE LEMUS, | ) ) ) | |
| Plaintiff(s), | ) ) | No. C07-2126 JSW (BZ) |
| v. | ) ) | **ORDER SCHEDULING** |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) ) ) | **TELEPHONIC CONFERENCE** |
| Defendant(s). | ) ) ) | |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding disputes is scheduled for **Tuesday, August 12, 2008 at 9:00 a.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: August 4, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH V. PG&E\TEL.CONF ORDER 4.wpd

1