UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS,<br><br>    Plaintiff(s),<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant(s). | No. C07-2126 JSW (BZ)<br><br>**SIXTH DISCOVERY ORDER** |

   Following a telephone conference, **IT IS HEREBY ORDERED** as follows:

   1.  All further requests to meet and confer regarding discovery shall be made in writing.  All requests must be acknowledged within **24 hours** of being made.  All meetings must occur within **5 business days** after a request to meet and confer is made.  For the remainder of the period that discovery is open, if lead counsel will be unavailable for any period of time they must ensure that another attorney from their firm is adequately prepared to respond to discovery issues.

1

    2.   Defendant shall produce all documents it agreed to produce during the July 30, 2008 meet and confer conference as follows: all readily available to defense counsel, by **August 15, 2008**, the remainder of the documents by **August 22, 2008**.

    3.   Plaintiffs are given leave to file a motion to compel by **Friday, August 29, 2008**. Defendant shall file its opposition by **Monday, September 8, 2008**. A reply shall be filed by **September 10, 2008**. The motion will be heard on **Wednesday, September 17, 2008 at 10:00 a.m.** Plaintiffs shall lodge with the court a copy of the record of the July 30, 2008 meet and confer conference at the time they file their motion to compel.

Dated: August 12, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH V. PG&E\DISC6ORD.FINAL.wpd