UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS,<br><br>  Plaintiff(s),<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Defendant(s). | No. C07-2126 JSW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE(S)** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding discovery dispute(s) outlined in plaintiff's letter dated October 14, 2008, is scheduled for **Friday, October 17, 2008 at 1:30 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: October 15, 2008

　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\SMITH V. PG&E\TEL.CONF ORDER 5.wpd

1