IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS,<br><br>    Plaintiffs,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant.<br>_____/ | No. C 07-02126 JSW<br><br>**ORDER RE DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT** |

On December 12, 2008, without leave of Court, defendant Pacific Gas and Electric Company ("Defendant") filed two separate motions for summary judgment against plaintiffs William A. Smith and Jose E. Lemus (collectively, "Plaintiffs") and noticed them to be heard on January 16, 2009. These multiple motions were filed in violation of the Court's Standing Order which provides that each party may file only one motion for summary judgment per case, in the absence of a showing of good cause. (Standing Order ¶ 8.) The Court finds that Defendant failed to make an adequate showing of good cause. Therefore, the Court HEREBY STRIKES the two motions for summary judgment. Defendant may combine these motions into one, not to exceed thirty-five pages, and file the combined motion by no later than December 24, 2008. Plaintiffs will be entitled to file an opposition brief of equivalent length.

**IT IS SO ORDERED.**

Dated: December 15, 2008

                                                             */s/ Jeffrey S. White*<br>
JEFFREY S. WHITE<br>
UNITED STATES DISTRICT JUDGE