IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 07-02126 JSW

**ORDER VACATING HEARING**

The motion for summary judgment filed by defendant Pacific Gas and Electric Company is currently set for hearing on Friday, January 30, 2009 at 9:00 a.m. The Court finds that this matter is appropriate for disposition without oral argument and it is hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for January 30, 2009 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: January 27, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE