IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 07-02126 JSW

**ORDER REGARDING DEFENDANT'S MOTION FOR JUDGMENT AS TO PLAINTIFF SMITH**

Defendant Pacific Gas and Electric Company filed a motion for judgment as to plaintiff William A. Smith ("Smith") and noticed it for April 10, 2009. The Court finds that this matter is appropriate for disposition without oral argument. *See* Civ. N.D. L.R. 7-1(b). Accordingly, the hearing set for April 10, 2009 is HEREBY VACATED. Smith shall file a response to the motion for judgment by no later than March 20, 2009. No reply is necessary.

**IT IS SO ORDERED.**

Dated: March 6, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE