IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.
_____/

No. C 07-02126 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION TO MODIFY PRETRIAL ORDER**

This matter is set for a hearing on May 8, 2009 at 9:00 a.m. on Plaintiff Jose Lemus's motion to modify pretrial order. Defendant's opposition brief to the motion shall be filed by no later than Tuesday, March 24, 2009 and a reply brief, if any, shall be filed by no later than Tuesday, March 31, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 10, 2009

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE