LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

STEPHEN L. SCHIRLE (State Bar No. 96085)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile: (415) 973-5520

Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

DAN SIEGEL, SBN 56400
TANYA RUSSELL, SBN 139730
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
WILLIAM A. SMITH and JOSE E. LEMUS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH AND JOSEPH E. LEMUS,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. C07-02126 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL**<br><br>Date: March 30, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Jeffrey S. White |

///

///

WHEREAS, the Plaintiffs in this case, William Smith and Jose Lemus, initially filed a joint Complaint in San Francisco Superior Court;

WHEREAS, that Court bifurcated the Smith and Lemus cases inter alia for trial and other purposes;

WHEREAS, the two cases were subsequently removed to this Court;

WHEREAS, the Clerk's Notice of June 19, 2008 in this Court set April 20, 2009 as the date for the Smith Trial, and June 1, 2009 as the date for the Lemus Trial;

WHEREAS, the Court's June 19, 2008 Order Granting Plaintiffs' Motion to Supplement Complaint set a joint Pre-Trial Conference for both the Smith and the Lemus cases for March 30, 2009, three weeks prior to the date that had been set for the Smith trial, the first of the two cases that had been set for trial;

WHEREAS, Defendant's Motion For Summary Judgment was granted as to Plaintiff Smith, leaving only the Lemus Trial still on the calendar;

WHEREAS, the parties jointly desire that the Pre-Trial Conference for the Lemus case be set at a date closer in time to the June 1, 2009 commencement of the Lemus Trial;

WHEREAS, the parties agree to continue the Pre-Trial Conference, and respectfully request that the Pre-Trial Conference be continued to April 27, 2009 at 1:30 p.m.; and

WHEREAS, April 27, 2009 at 1:30 p.m. has already been reserved for the parties on Judge White's calendar;

Plaintiffs William A. Smith and Jose E. Lemus ("plaintiffs") and defendant Pacific Gas & Electric Company, Inc. ("defendant" or "PG&E") (collectively referred to as the "parties") through their respective counsel hereby stipulate as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the Pre-Trial Conference be continued to April 27, 2009.

Dated: March 6, 2009

LAFAYETTE & KUMAGAI LLP

Glen Turner
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

Dated: March 6, 2009

SIEGEL & YEE

Attorneys for Plaintiffs
WILLIAM A. SMITH and JOSE E. LEMUS

**ORDER**

After considering the proposed stipulation to continue the Pretrial Conference, and good cause having been shown, the Court grants the Parties' Stipulation to conduct the Pretrial Conference before Judge White at ~~1:30~~ 2:00 p.m. on ~~April 27~~ April 20, 2009.

IT IS SO ORDERED.

Dated: March 10, 2009

Honorable Jeffrey S. White
Judge, United States District Court