```
DAN SIEGEL, SBN 56400
TANYA RUSSELL, SBN 139730
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JOSE E. LEMUS
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE E. LEMUS,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC, DOES 1-10,<br><br>    Defendants. | No. C-07-02126 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE**<br><br>Pretrial Conference: May 11, 2009<br>Time: 2:00 p.m.<br>Courtroom 11, 19th Floor<br>Judge: Honorable Jeffrey S. White<br><br>Trial Date: June 1, 2009 |

    Plaintiff and Defendant (hereafter the "Parties") were ordered by Judge Jeffrey S. White to a Pretrial Conference to be held by May 11, 2009 at 2:00 p.m.

    Trial in this matter is now set for June 1, 2009. Plaintiff's lead trial counsel, Dan M. Siegel, is unavailable until 3:00 p.m. or 3:30 p.m. on May 11, 2009. The parties now seek a continuance of the May 11, 2009 Pretrial Conference at 2:00 p.m. to May 11, 2009 at 3:00 p.m. or 3:30 p.m.

    IT IS HEREBY STIPULATED by the Parties, through their counsel, as follows: The Parties agree, with the Court's permission, to conduct the Pretrial Conference on May 11,

2009 at 3::00 p.m. or 3:30p.m. before Judge Jeffrey S. White.

Dated: April 14, 2009

SIEGEL & YEE

By: /S/
Tanya Russell

Attorneys for Plaintiff
JOSE E. LEMUS

Dated: April 14, 2009

LAFAYETTE & KUMAGAI

By:

Attorneys for Defendant
PG&E

## ORDER

After considering the proposed stipulation regarding continuing the Pretrial Conference there being good cause, the Court grants the Parties stipulation to conduct the Pretrial Conference before Judge White on May 11, 2009 at 3:00 p.m.

IT IS SO ORDERED.

Dated: April 20, 2009

Honorable Jeffrey S. White
Judge, United States District Court

---

Lemus v. Pacific Gas and Electric Co., Case No. C 07-02126 JSW
Stipulation and Order to Continue Pretrial Conference - 2