IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.
                              /

No. C 07-02126 JSW

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is HEREBY REFERRED to referred to Magistrate Judge Joseph Spero to conduct a settlement conference on May 20, 2009 at 1:30 p.m.

    **IT IS SO ORDERED.**

Dated: April 24, 2009

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

cc:    Wings Hom