

**ATTORNEYS AT LAW**

❖ DAN SIEGEL
❖ ALAN S. YEE
❖ JANE BRUNNER
❖ JOSE LUIS
   FUENTES
❖ TANYA RUSSELL
❖ DEAN ROYER
❖ JESSICA P. ALBERT

OF COUNSEL

❖ ANNE
   BUTTERFIELD
   WEILLS

April 28, 2009

**BY E-FILE**

Honorable Magistrate Judge Joseph Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA

**RE: Smith and Lemus v. PG&E; C O7-02126 JSW**

Dear Judge Spero:

The purpose of this letter is to respond the Court's Settlement Conference Order in this matter.

Dan Siegel, Lead Trial Counsel, is scheduled for trial in the case <u>Patraw v. University of Nevada, Reno</u> in Reno Nevada. That trial commences May 11, 2009 and is scheduled to continue through the end of May, 2009.

I am the co-Lead Trial counsel. With the Court's permission I am available to appear on May 20, 2009 at the Settlement Conference in this matter.

Please advise.

We apologize in advance for any inconvenience this may cause the Court.

Thank you.

Dated: April 29, 2009

IT IS SO ORDERED
Judge Joseph C. Spero

Sincerely,

Siegel & Yee

Tanya Russell
Tanya Russell
Attorneys for Plaintiff

