IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 07-02126 JSW

**ORDER DENYING PLAINTIFFS' MOTION TO MODIFY PRETRIAL ORDER**

Now before the Court is Plaintiffs' motion to modify the Court's pretrial order to allow a late-disclosed expert witness. The Court finds that this matter is appropriate for disposition without oral argument and it is hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for May 8, 2009 is HEREBY VACATED. Having carefully considered the parties' arguments and relevant legal authority, the Court hereby DENIES Plaintiffs' motion. The Court finds that Plaintiffs failed to make a sufficient showing to warrant a modification of the Court's pretrial order.

**IT IS SO ORDERED.**

Dated: May 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE