LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 88666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

STEPHEN L. SCHIRLE (State Bar No. 96085)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile: (415) 973-5520

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH AND JOSEPH E. LEMUS,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. C07-02126 JSW<br><br>**DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S REQUEST FOR AUTHORIZATION TO BRING EQUIPMENT INTO COURT DURING TRIAL AND [PROPOSED] ORDER**<br><br>Trial Date: June 1, 2009<br>Time: 1:00 p.m.<br>Courtroom: 11, 19th Floor<br>Judge: Honorable Jeffrey S. White |

Pursuant to the Court's oral directive issued during the May 11, 2009 pretrial conference in this matter, defendant Pacific Gas and Electric Company ("PG&E") respectfully requests an Order authorizing PG&E to bring the following equipment into the courtroom for trial and/or jury selection of the above-styled matter:

///

- One BenQ PB7220 digital projector with associated cables and power cords;
- One Encore projector screen;
- Two laptop computers with associated cables and power cords;
- One USB 3.5" ("floppy") disk drive;
- One USB flash drive/memory key;
- One USB "clicker" with built-in laser pointer;
- Two USB mice;
- Two power strips;
- Two extension cords;
- One media cart; and
- Two easels.

Dated: May 15, 2009      LAFAYETTE & KUMAGAI LLP

*/s/ Glen Turner*
GLEN TURNER
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S REQUEST FOR AUTHORIZATION TO BRING EQUIPMENT INTO COURT (Case No. C07-02126 JSW)       2

IT IS HEREBY ORDERED, that

Defendant PG&E is authorized to bring some or all of the following equipment into the courthouse and courtroom for the jury selection and trial of <u>William A. Smith and Jose E. Lemus v. Pacific Gas and Electric Company</u>, Case No. C07-02126 JSW:

- One BenQ PB7220 digital projector with associated cables and power cords;
- One Encore projector screen;
- Two laptop computers with associated cables and power cords;
- One USB 3.5" ("floppy") disk drive;
- One USB flash drive/memory key;
- One USB "clicker" with built-in laser pointer;
- Two USB mice;
- Two power strips;
- Two extension cords;
- One media cart; and
- Two easels.

Dated: May 19, 2009

HONORABLE JEFFREY S. WHITE
Judge, United States District Court

DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S REQUEST FOR AUTHORIZATION TO BRING EQUIPMENT INTO COURT (Case No. C07-02126 JSW) 3

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on May 15, 2009, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

*/s/ Glen Turner*
GLEN TURNER

PGE\Smit\Trial\Req for Order authorizing equip.doc

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S REQUEST FOR AUTHORIZATION TO BRING EQUIPMENT INTO COURT (Case No. C07-02126 JSW)  4