IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 07-02126 JSW

**ORDER RE OBJECTIONS TO EXHIBITS**

    The Court has received the parties evidentiary objections and responses regarding certain exhibits. The Court rules on the objections as follows:

1.    the Court sustains the objections to Exhibits 1-19, 21-22, 32, 61 unless Plaintiff demonstrates that these exhibits were actually presented to the decision-maker;

2.    the Court sustains the objection to Exhibits 20;

3.    the Court sustains the objections to Exhibits 48-55 unless Plaintiff has a previously designated expert witness qualified to provide testimony regarding whether such statistical evidence controls for factors other than discrimination based on national origin and is statistically significant; and

4.    the Court overrules the objections to Exhibits 56-60 on the condition that Plaintiff lays a proper foundation by a competent witness.

///

///

///

**IT IS SO ORDERED.**

Dated: May 19, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE