IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS,<br><br>    Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant.<br>_____/ | No. C 07-02126 JSW<br><br>**ORDER GRANTING MOTION FOR ORDER SHORTENING TIME** |

The Court has received and considered Defendant's motion for an order to shorten time to hear its motion to quash. The Court finds good cause to grant the motion. Accordingly, Plaintiff's opposition to the motion shall be filed by May 22, 2009. Defendant's reply shall be filed by no later than 10:00 a.m. on May 26, 2009. Unless the Court notifies the parties that a hearing is necessary, it shall decide the matter on the papers.

**IT IS SO ORDERED.**

Dated: May 21, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE