DAN SIEGEL, SBN 56400
TANYA RUSSELL, SBN 139730
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JOSE E. LEMUS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE E. LEMUS,<br><br>　　Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC, DOES 1-10,<br><br>　　Defendants. | No. C07-02126 JSW<br><br>**PLAINTIFF JOSE E. LEMUS' REQUEST FOR AUTHORIZATION TO BRING EQUIPMENT INTO COURT DURING TRIAL AND [PROPOSED] ORDER**<br><br>Trial Date: June 1, 2009<br>Time: 1:00 p.m.<br>Courtroom: 11, 19th Floor<br>Judge: Honorable Jeffrey S. White |

　　Pursuant to the Court's oral directive issued during the May 11, 2009 pretrial conference in this matter, plaintiff Jose E. Lemus respectfully requests an Order authorizing plaintiff to bring the following equipment into the courtroom for trial and/or jury selection:

　　1.　One digital projector with associated cables and power cords;

　　2.　One laptop computer with associated cables and power cords;

---

Smith and Lemus v. Pacific Gas and Electric Co., Case No. C 07-02126 JSW
Plaintiff Jose E. Lemus' Request for Authorization to Bring Equipment into Court - 1

3.  One extension cord.

Dated: May 21, 2009

                                      SIEGEL & YEE

                                      By: */s/ Tanya Russell*
                                          Tanya Russell

                                          Attorneys for Plaintiff
                                          JOSE E. LEMUS

IT IS HEREBY ORDERED, that

Plaintiff Jose E. Lemus is authorized to bring some or all of the following equipment into the courthouse and courtroom for the jury selection and trial of <u>William A. Smith and Jose E. Lemus v. Pacific Gas and Electric Company</u>, Case No. C 07-02126 JSW:

1. One digital projector with associated cables and power cords;
2. One laptop computer with associated cables and power cords;
3. One extension cord.

Dated: ~~May 21~~ May 22, 2009

_____
HONORABLE JEFFREY S. WHITE
Judge, United States District Court