34. Would you tend to believe a supervisor or manager over a subordinate employee simply because of his or her position?

35. Do you believe that national origin discrimination is a common occurrence?

36. Is there anything else that you would like to bring to the Court's attention (e.g., health problems, hearing problems, difficulty understanding English, personal bias, financial problems, etc.) that might affect your ability to be an effective, fair and impartial juror?

37. Will you be able to be a fair an impartial juror to both sides involved in this case?

Dated: May 26, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE