UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH, et al.,            Case No. C 07-2126 JSW

       Plaintiff(s),

  v.                                    **JURY REFRESHMENT ORDER**

PACIFIC GAS AND ELECTRIC COMPANY,

       Defendant(s).
_____/

HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish the Deluxe Continental Breakfast for the 8 members of the jury in the above-entitled matter beginning **Tuesday, June 2, 2009,** for the duration of the trial at the expense of the United States. The trial will be held in, Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The refreshments shall be brought to the jury room for Courtroom 11(Room 5387) by no later than 7:20 a.m. each day and will be cleaned up by no later than 2:00 p.m. each day.

IT IS SO ORDERED.

Dated: May 27, 2009

                                           _____
                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE