**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

    v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 07-02126 JSW

**ORDER RE REQUEST TO ENTER JUDGMENT**

On June 11, 2009, Defendant filed a letter requesting that the Court enter judgment against plaintiff William A. Smith. First, the Court does not accept letters. If Defendant wants the Court to act on a request, it should file a properly noticed motion. Second, the Court notes pursuant to the parties' stipulation dismissing *this action* with prejudice, this case has been dismissed and closed. Therefore, Defendant's motion, if it files one, should be a motion to re-open the case and make a showing as to why that would be proper.

**IT IS SO ORDERED.**

Dated: June 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE