IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SMITH and JOSE LEMUS,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.
_____/

No. C 07-02126 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO REOPEN**

This matter is set for a hearing on September 11, 2009 at 9:00 a.m. on Defendant Pacific Gas and Electric Company's motion to reopen. The opposition to this motion shall be filed by no later than August 18, 2009 and the reply, if any, shall be filed by no later than August 25, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 4, 2009

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE