IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SMITH and JOSE LEMUS, | |
| Plaintiffs, | No. C 07-02126 JSW |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER CONTINUING HEARING** |
| Defendant. | |

Now before the Court is the motion to re-open the case filed by defendant Pacific Gas and Electric Company ("PG&E"). PG&E referenced Federal Rule of Civil Procedure 60(b) generally and 60(b)(6) specifically. In their opposition, Plaintiffs argue that PG&E fails to meet the standard under Rule 60(b)(6). In its reply, PG&E clarified that it is moving pursuant to Federal Rule of Civil Procedure 60(b)(1). In the interest of fairness, the Court will provide Plaintiffs an opportunity to address whether PG&E satisfies the standard under Rule 60(b)(1). Plaintiffs shall file a supplemental opposition no longer than four pages by no later than September 23, 2009. The Court HEREBY CONTINUES the hearing on PG&E's motion to October 9, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 9, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE